COMMONWEALTH of Pennsylvania, Respondent

v.

Jaquil ATKINSON, Petitioner.

Supreme Court of Pennsylvania.

July 11, 2008.

### ORDER

PER CURIAM.

**AND NOW,** this 11th day of July 2008, the Petition for Allowance of Appeal is **GRANTED.** This matter is **REMANDED** to the Superior Court to address the following issue:

Whether the trial court erred in finding that testimony of a prosecution witness and his identification of Petitioner at a suppression hearing via videoconferencing

equipment was not prejudicial to Petitioner's right to confrontation and was thus constitutional?